IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD LEE DUMAS,

    Petitioner,

                                                Case No. 3:04cv15/MCR/EMT

JAMES CROSBY, JR.,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 26, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

3. All pending motions are **DENIED** as moot.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of December, 2005.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**